# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LINDA DEPIERRO,**
    **Plaintiff,**

-vs-                                                                 Case No. 6:01-cv-813-Orl-31DAB

**MERCEDES HOMES, INC.,**
    **Defendant, Third Party Plaintiff**
v.

**ELEANOR STANFIELD,**
    **Third Party Defendant.**

___

**ELEANOR STANFIELD,**

    **Plaintiff,**

-vs-                                                                 Case No. 6:01-cv-814-Orl-22DAB

**MERCEDES HOMES, INC.,**

    **Defendant.**

___

## ORDER

Upon consideration of the Motions to Consolidate filed by Defendant (Doc. 21 in 6:01-cv-813 and Doc. 23 in 6:01-cv-814) and no opposition thereto having been filed, it is

**ORDERED** that these cases are hereby consolidated for pre-trial purposes. The Court reserves ruling on whether to consolidate these cases for trial.

It is further **ORDERED** that all future pleadings shall be styled as above. The Clerk shall maintain future pleadings in the DePierro (6:01-cv-813) file, until further order of the Court.

25

The magistrate judge assignment in the 6:01-cv-814 case is transferred to Magistrate Judge Baker. A copy of this Order shall be placed in both files.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of January, 2002.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party

FILE COPY

Date Printed: 01/24/2002

Notice sent to:

    Joseph Egan Jr., Esq.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL 32802-2231

    Kathryn Sydny Piscitelli, Esq.
Egan, Lev & Siwica, P.A.
231 East Colonial Dr.
P.O. Box 2231
Orlando, FL 32802-2231

    Patrick Francis Roche, Esq.
Frese, Nash & Hansen, P.A.
930 S. Harbor City Blvd., Suite 505
Melbourne, FL 32901