~ HIGHT BOX FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2002 APR 22 PM 4: 58

CLERK. U S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO. FLORIDA

LINDA DEPIERRO,

        Plaintiff,

                                    Case No. 6:01-cv-813-Orl-31DAB

vs.

MERCEDES HOMES, Inc.

        Defendant.

_____/

### PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO COMPEL ANSWERS TO ITS SUPPLEMENTAL INTERROGATORIES AND NOTIFIES THE COURT THAT PLAINTIFF WITHDRAWS THE PENDING MOTION

Comes Now the Plaintiff, by and through undersigned counsel, and informs the Court that the Defendant withdraws its motion after consultation with Plaintiff's counsel, and says:

1. Plaintiff served her answers to Defendant's supplemental interrogatories. The Defendant acknowledged receipt of the answers and agreed with Plaintiff to permit Plaintiff to inform the Court that Defendant does not wish to pursue the motion to compel at this time. Defendant authorized the undersigned to make this representation to the Court with the understanding that its withdrawal of the pending motion to compel will not prejudice its right to file a subsequent motion should the parties fail to resolve a dispute as the some of Plaintiff's answers to the supplemental interrogatories.

2. In accordance with Rule 3.01(g) of the Court's Local Rules, the parties will endeavor to resolve informally and dispute over a parties compliance with the discovery rules.

28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via Facsimile and U.S. Mail this 22nd day of April 2002, to Patrick F. Roche, Frese, Nash & Hansen, P.A., 930 S. Harbor City Boulevard, Ste. 505, Melbourne, Florida 32901.

Respectfully submitted,
EGAN, LEV & SIWICA, P.A.
P.O. Box 2231
Orlando, Florida 32802
Telephone (407) 422-1400
Facsimile (407) 422-3658

By: _____
Joseph Egan, Jr.
Florida Bar No. 180102

Attorney for Plaintiff

2